**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | |
|---|---|
| **STEVEN R. LARSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 06-2076 |
| ) | |
| **WAL-MART SUPER STORE, JOE** ) | |
| **HEATON, RANDY ROCK, and AMY** ) | |
| **FRITTS,** ) | |
| ) | |
| **Defendant.** ) | |

**OPINION**

A Report and Recommendation (#21) was filed by the Magistrate Judge in the above cause on July 19, 2006. More than ten (10) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538 (7th Cir. 1986).

IT IS THEREFORE ORDERED:

(1) The Motion to Dismiss Individual Defendants (#9) is GRANTED.

(2) Joe Heaton, Randy Rock, and Amy Fritts are terminated as parties to this action.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this 8th day of August, 2006

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE